UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO MENDOZA PENA, A-241-079-319,<br>Petitioner,<br>v.<br>WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY,<br>Respondent. | No. 1:26-cv-05370-DAD-CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. July 15, 2026, respondent filed a Notice of Duplicate Petition informing the court that this case appears duplicative of the Petition in 1:26-CV-03771-KES-EGC, and requesting that the court close this case as duplicative. A court may dismiss one action as duplicative of another. See M.M. v. Lafayette Sch. Dist., 681 F.3d 1082, 1091 (9th Cir. 2012). In both Case No. 1:26-cv-05370-DAD-CKD and No. 1:26-CV-03771-KES-EGC, petitioner challenges his detention on the same grounds. Upon review of both cases, the court finds this case to be duplicative.

////

////

////

////

Accordingly, IT IS RECOMMENDED as follows:

1. This action be dismissed as duplicative.

2. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 27, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 pena5370.dupl